

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2014

No. 04-12-00434-CV

**SERENGETI RESORT, LLC** and Lori Hagee,
Appellants

v.

**ESPERANZA PROPERTIES, LP**, Esperanza Properties GP, and Louis Scott Felder,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-094
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

The panel has considered the appellants' motion for rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court